RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ERIN GETTEL
Assistant Federal Public Defender
Nevada State Bar No. 11479
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Erin_Gettel@fd.org

Attorney for Felix Shelby, Jr.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FELIX SHELBY, JR.,<br><br>Defendant. | Case No. 2:17-cr-00395-JCM-MJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, Acting United States Attorney, and Brandon Jaroch, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Erin Gettel, Assistant Federal Public Defender, counsel for Felix Shelby, Jr., that the Sentencing Hearing currently scheduled on November 15, 2018 at the hour of 10:00am, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel is scheduled to be in trial beginning on November 13, 2018.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 12th day of October, 2018.

| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
|---|---|
| */s/ Erin Gettel*<br>By_____<br>ERIN GETTEL<br>Assistant Federal Public Defender | */s/ Brandon Jaroch*<br>By_____<br>BRANDON JAROCH<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00395-JCM-MJK |
| Plaintiff, | **ORDER** |
| v. | |
| FELIX SHELBY, JR., | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, November 15, 2018 at 10:00 a.m., be vacated and continued to January 15, 2019 at the hour of 10:30 a.m.

DATED October 16, 2018.

_____
UNITED STATES DISTRICT JUDGE