Rene L. Valladares
Federal Public Defender
State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
Ph: (702) 388-6577
Erin_Gettel@fd.org

Attorney for Felix Shelby, Jr.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Felix Shelby, Jr.,<br><br>        Defendant. | Case No. 2:17-cr-00395-JCM-NJK<br><br>Stipulation to Continue Sentencing Hearing<br>(Second Request) |

    The parties jointly request that this Court vacate the sentencing hearing currently scheduled for January 15, 2019, and reset it to a date and time convenient to the Court, but no sooner than 60 days.

    The parties enter into this stipulation for these reasons:

    1.    Defense counsel needs additional time to prepare for sentencing.

    2.    Government counsel will be on leave during the currently scheduled date.

    3.    Mr. Shelby is not in custody and agrees with the need for the continuance.

    4.    The parties agree to the continuance.

    This is the second request for a continuance of the sentencing hearing.

DATED: December 6, 2018.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Dayle Elieson<br>United States Attorney |
| */s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>Assistant Federal Public Defender | */s/ Brandon Jaroch*<br>By_____<br>Brandon Jaroch<br>Assistant United States Attorney |

|   |   |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>  v.<br><br>Felix Shelby, Jr.,<br><br>        Defendant. | Case No. 2:17-cr-00395-JCM-NJK<br><br>Order Granting Second Stipulation to Continue Sentencing Hearing |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for January 15, 2019, is vacated. The sentencing hearing is continued to March 18, 2019, at the hour of 10:00 a.m.

DATED December 12, 2018.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE