Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Felix Shelby, Jr.,<br><br>        Defendant. | Case No. 2:17-cr-00395-JCM-NJK<br><br>**First Stipulation to Continue Revocation Hearing (ECF No. 140)** |

The parties request that this Court continue the July 9, 2021, revocation hearing for at least seven days to permit Shelby to make his initial appearance on the new (sealed) petition and to determine whether a joint resolution as to both petitions can be reached. Shelby is not in custody and agrees to the continuance. Government counsel is unavailable July 29 to August 4, 2021.

Dated: July 7, 2021

*/s/ Erin Gettel*
By_____
Erin Gettel
Assistant Federal Public Defender

*/s/ Edward G. Veronda*
By_____
Edward G. Veronda
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Felix Shelby, Jr.,<br><br>　　　　Defendant. | Case No. 2:17-cr-00395-JCM-NJK<br><br>**Order Granting First Stipulation to Continue Revocation Hearing** |

　　　Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing as requested.

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for July 9, 2021, at 10:00 a.m. is vacated and continued to <u>　August 13　</u>, 2021 at <u>11:30 a.m</u>.

　　　DATED: July 7, 2021.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　James C. Mahan
　　　　　　　　　　　　　　　　　　　　　United States District Judge